UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dwain Lammey, | Case 2:19-CV-04484-JAK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | **JS-6: Case Terminated** |
| Plaza Segundo, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | |

1

The Application for Default Judgment brought by Dwain Lammey ("Plaintiff") having being considered and granted in part, Judgment is now entered against Plaza Segundo, LLC ("Defendant") as follows:

1. Defendant shall provide an accessible pedestrian path of travel from the perimeter of the site to the building entrances at the Plaza Segundo located at 12823 Prairie Avenue, Hawthorne, California, in compliance with the Americans with Disabilities Act Accessibility Standards;

2. Defendant shall pay to Plaintiff $3790 in attorney's fees and $530 in costs.

IT IS SO ORDERED.

Dated: January 2, 2020  _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE