JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PLAZA SEGUNDO, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | No. 2:19-CV-04484-JAK-PLA<br><br>**Amended Judgment** |

　　　The Judgment previously entered on August 23, 2019 is hereby amended. It is ordered as follows:

(1) Judgment is entered in favor of Plaintiff and against Defendant Plaza Segundo, LLC on the Americans with Disabilities Act claim.

(2) Defendant Plaza Segundo, LLC shall provide an accessible pedestrian path of travel from the perimeter of the site to the building entrances at the Plaza Segundo located at 12823 Prairie Avenue, Hawthorne, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

(3) Plaintiff is entitled to the payment by Defendant of $3,790 in attorney's fees and $530 in costs. Defendant has already paid these amounts to Plaintiff, and no further payments are due.

(4) Judgment is entered in favor of Plaintiff and against Defendant Plaza Segundo, LLC on the Unruh Civil Rights Act Claim.

(5) Defendant Plaza Segundo, LLC shall pay Plaintiff a statutory award of $4000.

(6) No additional fees or costs are, or shall be, awarded in this action.

Dated: October 19, 2022        By: _____
                                    John A. Kronstadt
                                    United States District Judge